ARONA T. WALKER AND ARONA T. WALKER ON BEHALF OF LEONA C. WALKER, DECEASED

VERSUS

KATE BROWN M.D. AND HER INSURANCE D.E.F. INSURANCE AND LOUISIANA STATE UNIVERSITY SCHOOL OF MEDICINE IN NEW ORLEANS, FACULTY GROUP PRACTICE, A/K/A LSU HEALTH HEALTHCARE NETWORK AND ITS INSURANCE X.Y.Z. INSURANCE

* NO. 2023-CA-0261

* COURT OF APPEAL

* FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*

* * * * * * *

**JCL**     **LOBRANO, J., CONCURS IN THE RESULT**